

FILED

08/20/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0169

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0169

_____

DENNIS KONOPATZKE,

   Appellant,

v.

DARRELL S. WORM and OGLE & WORM, PLLP,

   Appellee.

_____

FILED

AUG 2 0 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

O R D E R

Appellant has filed a Stipulation of Dismissal asking the Court to dismiss this appeal. Appellant avers that the parties have settled the matter and he no longer wishes to pursue his appeal. Good cause appearing.

IT IS ORDERED that the case is DISMISSED WITH PREJUDICE.

DATED this 20th day of August, 2020.

For the Court,

By _____
   Chief Justice